# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEIKO EPSON CORP. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INKSYSTEM LLC et al., <br><br> Defendants. | 3:16-cv-00524-RCJ-VPC <br><br> **ORDER** |

The Court ruled in September 2016 that only the Complaint in this case shall be sealed, not the case itself or any other filings. Accordingly, the Court now denies the previous motion to seal all filings in the case.

## CONCLUSION

IT IS HEREBY ORDERED that the Motion to Seal (ECF No. 2) is DENIED.

IT IS SO ORDERED.

DATED: This 13th day of April, 2017.

_____
ROBERT C. JONES
United States District Judge

1