UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SEIKO EPSON CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INKSYSTEM LLC, et al.,<br><br>Defendants. | Case No. 3:16-CV-0524-RCJ (VPC)<br><br>**ORDER GRANTING PLAINTIFFS'<br>MOTION TO COMPEL AND FOR<br>SANCTIONS AGAINST DEFENDANTS<br>INKSYSTEM LLC, LUCKY PRINT LLC,<br>AND ANDRIY KRAVCHUCK** |

Plaintiffs Seiko Epson Corporation and Epson America, Inc. ("plaintiffs") having filed their motion to compel and for sanctions (ECF No. 85) against defendants InkSystem LLC, Lucky Print LLC, and Andriy Kravchuk ("defendants"), and good cause appearing, the court hereby GRANTS plaintiff's motion (ECF No. 85) as follows:

1.      Defendants shall pay to plaintiffs, c/o J. Andrew Coombs, Client Trust Account, the amount of $16,146.50 within seven (7) court days of the date of this order;

2.      Defendants shall be precluded from seeking any offset as to damages using documents or information not disclosed or produced within three (3) court days of the date of this order;

3.      A factual finding of willfulness is entered against defendants as to plaintiff's trademark claims;

4.      Defendants will produce InkSystem LLC's co-owner, Andrey Ushakov, to be deposed in the United States on shortened notice; and

5.     Should defendants fail to comply in any way with this order, upon application by plaintiffs and on shortened notice, this court will issue a report and recommendation that all of defendants' answers will be stricken and their defaults entered.

**IT IS SO ORDERED.**

DATED:  June 19, 2017.

_____
UNITED STATES MAGISTRATE JUDGE