1   J. Andrew Coombs (CA SBN 123881 (Admitted *Pro Hac Vice*))
    Annie S. Wang (Nevada Bar No. 10792/CA SBN 243027)
2   J. Andrew Coombs, A Prof. Corp.
    520 East Wilson Ave., Suite 200
3   Glendale, California 91206
    Telephone:     (818) 500-3200
4   Facsimile:     (818) 500-3201
    *andy@coombspc.com*
5   *annie@coombspc.com*

6   James D. Boyle (Nevada Bar No. 08384)
    Holley Driggs Walch Fine Wray Puzey & Thompson
7   400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
8   Telephone:     (702) 791-0308
    Facsimile:     (702) 791-1912
9   *jboyle@nevadafirm.com*

10  Attorneys for Plaintiffs
    Seiko Epson Corporation and Epson America, Inc.

11

12                  UNITED STATES DISTRICT COURT

13                       DISTRICT OF NEVADA

14  Seiko Epson Corporation and Epson      )   Case No. 3:16-cv-00524-RCJ-VPC
    America, Inc.,                          )
15                          Plaintiffs,     )   **PROOFS OF SERVICE**
                         v.                 )
16                                          )
    InkSystem LLC, et al.,                  )
17                                          )
                           Defendants.      )
18  _____)

19

20

21

22

23

24

25

26

27

28

**AOS**

# UNITED STATES DISTRICT COURT,
# CLARK COUNTY, NEVADA

| | | |
|---|---|---|
| **SEIKO EPSON CORPORATION AND EPSON AMERICA, INC** | **Plaintiff** | |
| | | **CASE NO:   3:16-CV-00524** |
| **vs** | | **HEARING DATE/TIME:** |
| **INKSYSTEM LLC; ET AL** | **Defendant** | **DEPT NO:** |

## AFFIDAVIT OF SERVICE

   GREGORY BROWN R-013683 being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the - TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#106)
- ORDER (#105)
- ORDER SEALING APPLICATION FOR SEALING ORDER AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET SEIZURE ASSET FREEZE AND SUPPORTING DECLARATIONS AND EXHIBITS PENDING HEARING ON ORDER TO SHOW CAUSE (#93 & #89)
- PLAINTIFFS APPLICATION FOR AN ORDER SEALING EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET SEIZURE ASSET FREEZE AND SUPPORTING DECLARATIONS AND EXHIBITS; DECLARATION IN SUPPORT (#89)
- PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET SEIZURE (#89-1)
- DECLARATIONS AND EXHIBITS IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET SEIZURE (#89-2 TO #89-19)
- [PROPOSED] TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#89-20)
- PLAINTIFFS' AMENDED MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OFEMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET SEIZURE (#100)
- [PROPOSED] TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#100-18)
- DECLARATIONS AND EXHIBITS IN SUPPORT OFEMERGENCY EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET SEIZURE (#100-1 TO #100-17), on the 1st day of August, 2017 and served the same on the 1st day of August, 2017, at 16:00 by:

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the

State of Nevada that the foregoing is true and correct.

**EXECUTED this____01__day of____Aug___,    2017_.**

**GREGORY BROWN R-013683**

*Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89102 - 702.579.6300 - fax 702.259.6249 - Process License #1068*

EP187401 R14379                                                  Copyright © 2016 Junes Legal Service Inc. and Outside The Box

**AOS**

# UNITED STATES DISTRICT COURT,
# CLARK COUNTY, NEVADA

**SEIKO EPSON CORPORATION
AND EPSON AMERICA, INC**                    **Plaintiff**

**vs**                                                              CASE NO:   3:16-CV-00524

**INKSYSTEM LLC, AF LLC, ART
LLC, LUCKY PRINT, LLC; ET AL**           **Defendant**

HEARING DATE/TIME:

DEPT NO:

## AFFIDAVIT OF SERVICE

   GREGORY BROWN R-013683 being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the PLAINTIFF'S NOTICE OF WITHDRAWAL OF EX PARTE APPLICATION AS TO BANKRUPTCY FILING DEFENDANTS INKSYSTEM LLC AND LUCKY PRINT LLC ONLY; DECLARATION IN SUPPORT, on the 3rd day of August, 2017 and served the same on the 3rd day of August, 2017, at 13:04 by:

serving the servee F. CHRISTOPHER AUSTIN C/O WEIDE & MILLER by personally delivering and leaving a copy at (address) 7251 W. LAKE MEAD #530, LAS VEGAS NV 89128 with SUSY MELGAREJO as , an agent lawfully designated by statute to accept service of process;

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the

State of Nevada that the foregoing is true and correct.

**EXECUTED this_____03__day of_____Aug____, _____2017_.**

**GREGORY BROWN R-013683**

*Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89102 - 702.579.6300 - fax 702.259.6249 - Process License #1068*

EP187510

Copyright © 2016 Junes Legal Service Inc. and Outside The Box

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seiko Epson Corporation and Epson America, Inc. | 3:16-cv-00524-RCJ-VPC |
| DEFENDANT | TYPE OF PROCESS |
| InkSystem, LLC, AF LLC, ART LLC, Lucky Print LLC, et al. | Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Citibank Fsb

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3990 S. Maryland Parkway,  Las Vegas, NV  89119

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

James D. Boyle (NBN 08384)
Holley Driggs Walch Fine Wray Puzey & Thompson
400 S. 4th Street, 3rd Floor
Las Vegas, NV  89101

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 5.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold

Please serve this bank at the service address identified below.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 702-791-0308 | DATE 7/31/17 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin No. 048 | District to Serve No. 048 | Signature of Authorized USMS Deputy or Clerk | Date AUG 01 2017 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Wendy Ramirez (counter clerk)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

| Date 8/1/17 | Time 11:18 ☒ am ☐ pm |
|---|---|

Signature of U.S. Marshal or Deputy
3020

| Service Fee $65.00 | Total Mileage Charges including *endeavors* $4.32 | Forwarding Fee Ø | Total Charges $69.32 | Advance Deposits $500.00 | Amount owed to U.S. Marshal* or (Amount of Refund*) $0.00  $4.32 |
|---|---|---|---|---|---|

REMARKS: $5.00 CHECKS TOWARDS CITIBANK

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form.  Fill out the form and print 5 copies.  Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seiko Epson Corporation and Epson America, Inc. | 3:16-cv-00524-RCJ-VPC |
| DEFENDANT | TYPE OF PROCESS |
| InkSystem, LLC, AF LLC, ART LLC,  Lucky Print LLC, et al. | Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
JP Morgan Chase Bank, N.A.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2865 E. Charleston Blvd., Las Vegas, NV  89104

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James D. Boyle (NBN 08384)<br>Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S. 4th Street, 3rd Floor<br>Las Vegas, NV 89101 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 5.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,
All Telephone Numbers, and Estimated Times Available for Service):*

Please serve this bank at the service address identified below.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-791-0308 | DATE<br>7/31/17 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>8 | District of Origin<br>No. 048 | District to Serve<br>No. 048 | Signature of Authorized USMS Deputy or Clerk | Date<br>AUG 01 2017 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐  I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above)<br>Wendy Ramirez (Cratter clerk) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date<br>8/1/17 | Time<br>1185  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>30210 |

| Service Fee<br>$ 65 | Total Mileage Charges including endeavors)<br>$2.16 | Forwarding Fee<br>Ø | Total Charges<br>67.16 | Advance Deposits<br>$500.°° | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00  2.16 |
|---|---|---|---|---|---|

REMARKS: $5.00 CHECKS TOWARDS JP MORGAN ~

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seiko Epson Corporation and Epson America, Inc. | 3:16-cv-00524-RCJ-VPC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| InkSystem, LLC, AF LLC, ART LLC,  Lucky Print LLC, et al. | Personal |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Wells Fargo Bank, N.A.

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

200 South Virginia Street, Suite 100,  Reno, NV 89501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

| | |
|---|---|
| James D. Boyle (NBN 08384)<br>Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S. 4th Street, 3rd Floor<br>Las Vegas, NV  89101 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. — 5.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                                       Fold

Please serve this bank at the service address identified below.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-791-0308 | DATE<br>7/31/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only for USM 285 if more than one USM 285 is submitted*) | Total Process<br>1 | District of Origin<br>No. A48 | District to Serve<br>No. A48 | Signature of Authorized USMS Deputy or Clerk<br>RG, DSS | Date<br>8/1/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*)<br>IVETTE NUNEZ | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only different than shown above*) | Date<br>8/1/17 | Time<br>11:15 ☑ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors*)<br>65.00 | Forwarding Fee<br>0 | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00      65.00 |
|---|---|---|---|---|---|

REMARKS:

**PRINT 5 COPIES:** 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,
   if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seiko Epson Corporation and Epson America, Inc. | 3:16-cv-00524-RCJ-VPC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| InkSystem, LLC, AF LLC, ART LLC,  Lucky Print LLC, et al. | Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
ZB, N.A., dba Nevada State Bank

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1 West Liberty Street, Reno, NV 89501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| James D. Boyle (NBN 08384)<br>Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S. 4th Street, 3rd Floor<br>Las Vegas, NV  89101 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. — 5:00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve this bank at the service address identified below.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-791-0308 | DATE<br>7/31/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 u | District of Origin<br>No. A48 | District to Serve<br>No. A48 | Signature of Authorized USMS Deputy or Clerk<br>Riley, DSS | Date<br>8/1/17 |
|---|---|---|---|---|---|

I hereby certify and return that ☒ I have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>8/1/17 | Time<br>11:30  ☒ am  ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors*<br>0 | Forwarding Fee<br>0 | Total Charges<br>65 00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00   65 00 |
|---|---|---|---|---|---|

REMARKS:
JANELLE  ASSISTANT  MGR.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.**

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>Seiko Epson Corporation and Epson America, Inc. | COURT CASE NUMBER<br>3:16-cv-00524-RCJ-VPC |
|---|---|
| DEFENDANT<br>InkSystem, LLC, AF LLC, ART LLC,  Lucky Print LLC, et al. | TYPE OF PROCESS<br>Personal |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Bank of America, N.A.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

700 N. Virginia St.  Reno, NV  89501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James D. Boyle (NBN 08384)<br>Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S. 4th Street, 3rd Floor<br>Las Vegas, NV  89101 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 5.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold                                                                                                    Fold

Please serve this bank at the service address identified below.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-791-0308 | DATE<br>7/31/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>8 | District of Origin<br>No. N48 | District to Serve<br>No. N48 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/1/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed  as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>SIMRRI MEDINA - CORDOBA | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>8/1/17 | Time<br>12:00 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors*<br>+ .565 | Forwarding Fee<br>0 | Total Charges<br>65.57 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00          65.57 |
|---|---|---|---|---|---|

REMARKS:

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>    if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/80 |
|---|---|---|

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Seiko Epson Corporation and Epson America, Inc. | 3:16-cv-00524-RCJ-VPC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| InkSystem, LLC, AF LLC, ART LLC, Lucky Print LLC, et al. | Personal |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Umpqua Bank

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

3490 South Virgina Street, Reno, NV  89502

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James D. Boyle (NBN 08384)<br>Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S. 4th Street, 3rd Floor<br>Las Vegas, NV  89101 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 5.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses,*
*All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Please serve this bank at the service address identified below.

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-791-0308 | DATE<br>7/31/17 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>7 | District of Origin<br>No. A48 | District to Serve<br>No. A48 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/1/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☑ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>ANTHONY JACOBS | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode | |
|---|---|---|
| Address *(complete only different than shown above)* | Date<br>8/1/17 | Time<br>12:30 ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors)*<br>5.085 | Forwarding Fee<br>Ø | Total Charges<br>70,09 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00   70.09 |
|---|---|---|---|---|---|

REMARKS:

| **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment,<br>   if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/80 |
|---|---|---|

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

## PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Seiko Epson Corporation and Epson America, Inc. | COURT CASE NUMBER<br>3:16-cv-00524-RCJ-VPC |
| DEFENDANT<br>InkSystem, LLC, AF LLC, ART LLC, Lucky Print LLC, et al. | TYPE OF PROCESS<br>Personal |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S. Bank, N.A.
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
300 S Virginia Street, Reno, NV  89501

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| James D. Boyle (NBN 08384)<br>Holley Driggs Walch Fine Wray Puzey & Thompson<br>400 S. 4th Street, 3rd Floor<br>Las Vegas, NV  89101 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | 5.00 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please serve this bank at the service address identified below.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>702-791-0308 | DATE<br>7/31/17 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>6 | District of Origin<br>No. A48 | District to Serve<br>No. A48 | Signature of Authorized USMS Deputy or Clerk | Date<br>8/1/17 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>ANOSHEH  ZAHEDI | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>8/1/17 | Time<br>11:00 | ☒ am<br>☐ pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee<br>65.00 | Total Mileage Charges including endeavors<br>60 | Forwarding Fee<br>0 | Total Charges<br>65.0 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00   65.00 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:  1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| J. ANDREW  COOMBS SBN 123881<br>J. ANDREW COOMBS<br>520 E. WILSON AVE., #200<br>GLENDALE CA 91206<br>ATTORNEY FOR    Plaintiff | (818) 500-3200<br><br>Ref. No. or File No.<br>Epson - Inksystem | |

| UNITED STATES DISTRICT COURT - NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 |
|---|

| SHORT TITLE OF CASE:<br>Seiko Epson Corporation v. InkSystem LLC |
|---|

| INVOICE NO.<br>1687576 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>CV16-00524 RCJ VPC |
|---|---|---|---|---|

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 08/01/2017, I served the within:

TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#106); ORDER (#105) ;

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Los Angeles, California, addressed as follows:

Vladimir Slobodianiuk a/k/a Volodymyr Slobodianiuk a/k/a Vladimir Westbrook
2787 Moorpark Ave.
San Jose, CA 95128

Declarant:
   a. Name: Elisa Quinones
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 180.00
   e. I am:
   (3) [X] a registered California process server:
        (i) [X] Employee
        (ii) Registration No.:
        (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in

CONTINUED ON NEXT PAGE

**Declaration of Service by Mail**

**Billing Code:** Epson - Inksystem

| PLAINTIFF/PETITIONER: | Seiko Epson Corporation | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | InkSystem LLC | CV16-00524 RCJ VPC |

the return of service and statement of fees is true and correct.

8/1/2017

Elisa Quinones

**Declaration of Service by Mail**

**Billing Code:** Epson - Inksystem

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>J. ANDREW COOMBS SBN 123881<br>J. ANDREW COOMBS<br>520 E. WILSON AVE., #200<br>GLENDALE CA 91206<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(818) 500-3200<br><br>Ref. No. or File No.<br>Epson - Inksystem | FOR COURT USE ONLY |
|---|---|---|
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Seiko Epson Corporation v. InkSystem LLC | | |

| INVOICE NO.<br>1687576 | DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>CV16-00524 RCJ VPC |
|---|---|---|---|---|

### Affidavit of Service

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE
RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#106); ORDER (#105) ;

2. a. Party Served: Vladimir Slobodianiuk a/k/a Volodymyr Slobodianiuk a/k/a Vladimir Westbrook

  b. Person Served: William Tran
     Title: Person in Charge

    Gender: M   AGE: 39   Height: 5'7"   Weight: 150   Race: Asian   Hair: Black   Other: Brown Eyes

  c. Address:  2787 Moorpark Ave.
     San Jose, CA 95128

3. I served the party named in item 2
  a. By personally delivering the copies on: 8/1/2017    At: 04:10 PM

4. Person who served papers
  a. Name: Ron Gardiner
  b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 180.00
  e. I am an Independant Contractor

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8/1/2017

Ron Gardiner

### Affidavit of Service

Billing Code: Epson - Inksystem

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>J. ANDREW COOMBS SBN 123881<br>J. ANDREW COOMBS<br>520 E. WILSON AVE., #200<br>GLENDALE CA 91206<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(818) 500-3200<br><br>Ref. No. or File No.<br>Epson - Inksystem | FOR COURT USE ONLY |
|---|---|---|
| NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Seiko Epson Corporation v. InkSystem LLC | | |
| INVOICE NO.    DATE:    TIME:    DEP./DIV.<br>1687514 | | CASE NUMBER:<br>CV16-00524 RCJ VPC |

Affidavit of Service

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#106); ORDER (#105);

2. a.  Party Served: Vladimir Slobodianiuk a/k/a Volodymyr Slobodianiuk a/k/a Vladimir Westbrook

   b. Person Served: Jane Doe
Gender: F   AGE: 45   Height: 5'   Weight:     Race: Caucasian   Hair: Blonde   Other: Blue Eyes, Russian accent
                 Title: Co-occupant


   c. Address:  935 Sharmon Palms Lane, Apt. C
                Campbell, CA 95008

3. I served the party named in item 2
   a. By personally delivering the copies on: 8/1/2017    At: 06:35 PM

4. Person who served papers
   a. Name: Hadra Y. Adohamde
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 140.00
   e. I am an Independant Contractor

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

CONTINUED ON NEXT PAGE

**Affidavit of Service**

Billing Code: Epson - Inksystem

| PLAINTIFF/PETITIONER: | Seiko Epson Corporation | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | InkSystem LLC | CV16-00524 RCJ VPC |

8/2/2017

Hadra Y. Adohamde

Affidavit of Service

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| J. ANDREW COOMBS SBN 123881<br>J. ANDREW COOMBS<br>520 E. WILSON AVE., #200<br>GLENDALE CA 91206<br>ATTORNEY FOR     Plaintiff | (818) 500-3200<br><br><br>Ref. No. or File No.<br>Epson - Inksystem | |
| UNITED STATES DISTRICT COURT - NEVADA DISTRICT, RENO<br>400 S. Virginia Street<br>Reno, NV 89501 | | |
| SHORT TITLE OF CASE:<br>Seiko Epson Corporation v. InkSystem LLC | | |

| INVOICE NO.       DATE:              TIME:              DEP./DIV. | CASE NUMBER: |
|---|---|
| 1687514 | CV16-00524 RCJ VPC |

United States District Court

Declaration of Service by Mail

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On 08/02/2017, I served the within:

TEMPORARY RESTRAINING ORDER; ORDER FOR ASSET SEIZURE AND IMPOUNDMENT; ORDER TO SHOW CAUSE RE ISSUANCE OF PRE-JUDGMENT ASSET FREEZE (#106); ORDER (#105);

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: Los Angeles, California, addressed as follows:

Vladimir Slobodianiuk a/k/a Volodymyr Slobodianiuk a/k/a Vladimir Westbrook
935 Sharmon Palms Lane, Apt. C
Campbell, CA 95008

Declarant:
  a. Name: Elisa Quinones
  b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
  c. Telephone number: 213-628-6338
  d. The fee for this service was: 140.00
  e. I am:
  (3) [X] a registered California process server:
     (i) [X] Employee
     (ii) Registration No.:
     (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in

CONTINUED ON NEXT PAGE

**Declaration of Service by Mail**

Billing Code: Epson - Inksystem

| PLAINTIFF/PETITIONER: | Seiko Epson Corporation | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | InkSystem LLC | CV16-00524 RCJ VPC |

the return of service and statement of fees is true and correct.

8/2/2017

Elisa Quinones

>

**Declaration of Service by Mail**

**Billing Code:** Epson - Inksystem

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause.  I am employed by a member of the Bar of the United States District Court of Nevada.  My business address is 520 East Wilson Avenue, Suite 200, Glendale, California 91206.

On August 3, 2017, I served on the interested parties in this action with:

## PROOFS OF SERVICE

in support for the following civil action:

### Seiko Epson Corporation, et al. v. InkSystem LLC, et al.

 X   via the United States District Court CM/ECF system;

___ by email to: *caustin@weidemiller.com*; and

 X   by placing a true copy thereof in an envelope to be immediately sealed thereafter.  I am readily familiar with the office's practice of collecting and processing correspondence for mailing.  Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business.  I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Vladimir Slobodianiuk a/k/a Volodymyr Slobodianiuk a/k/a Vladimir Westbrook<br>██████████████████<br>Campbell, CA 95008 | F. Christopher Austin<br>Weide & Miller, Ltd.<br>7251 West Lake Mead Blvd.<br>5th Floor, Suite 530<br>Las Vegas, NV 89128<br>[All appearing Defendants Except InkSystem LLC and Lucky Print LLC] |
| Karine Vardanian a/k/a Karine Christ a/k/a Karine Crist a/k/a Karine Westbrook<br>██████████████████<br>Campbell, CA 95008 | KBF LLC<br>935 Sharmon Palms Lane, Apt. C<br>Campbell, CA 95008 |
| Veles LLC<br>1280 Terminal Way #28<br>Reno, NV 89502 | KBF LLC<br>c/o Volodymyr Slobodianiuk<br>2787 Moorpark Ave.<br>San Jose, CA 95128 |

Proof of Service
Page 2 of 2

| Karine LLC<br>1280 Terminal Way #28<br>Reno, NV 89502 | Alado LLC<br>1280 Terminal Way #28<br>Reno, NV 89502 |
|---|---|
| Roman Taryanik<br>███████████<br>San Jose, CA 95117 | Kristina Antonova a/k/a Krystyna Antonova<br>a/k/a Kristy Antonova a/k/a Krystyna Antanova<br>a/k/a Krystyna Taryanik<br>███████████<br>San Jose, CA 95117 |

Place of Mailing: Glendale, California
Executed on August 3, 2017, at Glendale, California

_____
Katrina Bartolome