F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
Ryan Gile (Nevada Bar No. 8807)
rgile@weidemiller.com
**WEIDE & MILLER, LTD.**
Bank of Nevada Bldg., 5th Floor
7251 West Lake Mead Blvd., Ste. 530
Las Vegas, Nevada 89128
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Seiko Epson Corporation and Epson America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> InkSystem LLC, AF LLC, ART LLC, Lucky Print LLC, Inkredible LLC LLC, Andriy Kravchuk, Igor Bielov, Artem Koshkalda, Vitalii Maliuk, and Does 2 – 10, inclusive, <br><br> Defendants. | Case No. 3:16-cv-00524-RCJ-VPC <br><br> **WEIDE & MILLER'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS ON AN *EXPEDITED* BASIS** |

Weide & Miller, Ltd. ("Weide & Miller"), pursuant to LR IA 11-6, LR IA 11-7, and Nevada Rule of Professional Conduct 1.16, hereby moves for leave of the Court to withdraw as attorney of record ("Motion to Withdraw" or "Motion") for Defendants InkSystem LLC, AF LLC, ART LLC, Lucky Print LLC, Inkredible LLC LLC, Adriy Kravchuk, Igor Bielov, Artem Koshkalda, and Vitalii Maliuk.

Weide & Miller respectfully requests that its Motion be considered on an **expedited basis** since Defendants have discharged counsel and prohibited counsel from engaging in any further actions on Defendants' behalf in this matter, including communicating with opposing counsel or in any manner acting as counsel on behalf of such Defendants.

This Motion is supported by the following Memorandum of Points and Authorities, the Declaration of F. Christopher Austin ("Austin Decl.") submitted in connection with Weide &

FCA-w-0586     -1-

Miller's Motion for Leave to Appear Telephonically for Hearing Set on August 3, 2017, ("Motion for Leave"; ECF No. 110), the papers and pleadings on file herein, and any argument this Court may entertain at the time of any hearing on the Motion.

Dated this 3rd day of August, 2017.

Respectfully Submitted,

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin, Esq.
Ryan Gile, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: (702) 382-4804
Fax: (702) 382-4805

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION AND RELEVANT HISTORY

As was set forth in Weide & Miller's Motion for Leave (ECF No. 110), Defendants have instructed counsel to cease all work and representation on behalf of Defendants, including a specific instruction not to appear at hearings, to address the court, or to communicate with opposing counsel on behalf of Defendants on the grounds that Defendants are unable to further pay counsel. As such, Defendants have discharged counsel and refused to pay counsel for any further representation.

Further, as a result of the Court's Temporary Restraining Order (ECF No. 105) and Temporary Restraining Order; Order for Asset Seizure and Impoundment; Order to Show Cause re Issuance of Pre-Judgment Asset Freeze (ECF No. 106), several of Defendants' bank accounts, including accounts not listed in the Temporary Restraining Orders, were frozen, effectively leaving Defendants without any funds to pay their attorneys in this matter. *See* Austin Decl., ¶ 4, in support of Mot. for Leave. Accordingly, on the evening of August 2, 2017, Defendants informed their counsel, Weide & Miller, that they will not be able to pay Weide & Miller in connection with this litgation, and instructed Weide & Miller not to take any further

FCA-w-0586                                    -2-

actions or incur any additional attorneys fees on behalf of any of the Defendants. *Id.* at ¶ 5.

Having been discharged and informed that Defendants cannot and will not pay any costs or fees incurred by counsel in connection with this matter, Defendants are no longer able to comply with the legal retention agreement executed between counsel and Defendants, and counsel not only is expressly prohibited from representation of Defendants but also no longer has a contractual obligation to incur costs or fees in connection with such prohibited representation.

## II.   LEGAL BASIS FOR WITHDRAWAL

In addition to the reasons for withdrawal sought in the June 16, 2017, Motion to Withdraw as counsel for Defendants Inksystem, LLC and Luck Print, LLC (ECF No. 86), Weide & Miller now seeks leave to withdraw from its representation of Defendants because (i) such representation would violate the Rules of Professional Conduct limiting representation to that authorized by the client,[1] (ii) Weide & Miller has been discharged, (iii) Defendants have failed substantially to fulfill their obligations to Weide & Miller, and (iv) continued representation will result in an unreasonable financial burden on Weide & Miller. *See* Nev. Rules Prof. Conduct, 1.16.

With respect to terminating representation of a client, Nevada Rule of Professional Conduct 1.16[2] provides in pertinent part,

> (a) Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if:

---

[1] *See* Rule 1.2, requiring that "a lawyer shall abide by a client's decision concerning the objectives of representation."

[2] LR IA 11-7 makes applicable the Nevada Rules of Professional conduct, stating in relevant part:

(a)  An attorney admitted to practice pursuant to any of these rules shall adhere to the standards of conduct prescribed by the model Rules of Professional Conduct as adopted and amended from time to time by the Supreme Court of Nevada, except as such may be modified by this court.

>  (1) The representation will result in violation of the Rules of Professional Conduct or other law;
>
>  . . . .
>
>  (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
>  (1) Withdrawal can be accomplished without material adverse effect on the interests of the client;
>
>  . . .
>
>  (5) The client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
>
>  (6) The representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
>
>  (7) Other good cause for withdrawal exists.
>
>  (c) A lawyer must comply with applicable law requiring notice to or permission of a tribunal when terminating representation. When ordered to do so by a tribunal, a lawyer shall continue representation notwithstanding good cause for terminating the representation.

Here, Weide & Miller has been expressly directed to withdraw by Defendants, have been discharged by the Defendants, instructed by Defendants to take no action, nor incur any cost or fees on behalf of Defendants, and expressly prohibited from communication on behalf of Defendants or from representing Defendants in court or before opposing counsel. Further, Defendants reaffirmed this instruction in open court and in front of the Court and opposing counsel at the August 3, 2017, hearing wherein Defendants expressly asked Mr. Austin not to make any statements or present any arguments on their behalf. Nevertheless, Weide & Miller have provided notice of this Motion to Defendants by emailing a copy of this Motion to the last known email address for each Defendant.

Because Weide & Miller is unable represent Defendants in this matter at the directive of Defendants, has been discharged by Defendants, is not being paid as requied by its contract

with Defendants, and will incur an unreasonable financial burden to continue representation without payment or reimbursement of costs in connection with the matter, good cause exists to grant withdrawal.

Furthermore, trial of this matter has not yet been set. While there are outstanding depositions scheduled for the individual Defendants, such depositions can proceed in *pro per* and Defendants have indicated a willingness to proceed in *pro per* upon the Court's granting of this Motion to Withdraw. Accordingly, neither discovery nor any trial dates will be delayed as to the individual Defendants upon the granting of this Motion. As discovery has concluded as to the corporate Defendants, granting this Motion should not unreasonably delay or extend proceedings in this matter. Accordingly, Weide & Miller's withdrawal may be accomplished in accordance with Rule 1.16(b)(1), without a material adverse effect on the interests of the Defendants under the current discovery deadline.

The last known contact information for each of the Defendants are as follows:

Artem Koshkalda
1280 Terminal Way, Ste 28,
Reno, Nevada 89502
artemkoshkalda@gmail.com
(408) 300-2164

Art LLC
1280 Terminal Way, Ste 28,
Reno, Nevada 89502
artemkoshkalda@gmail.com
(408) 300-2164

Vitalii Maliuk
675 Fairview Dr. Ste 233,
Carson City, Nevada, 89701
vitaliimaliuk@gmail.com
(669) 225-6885

Inkredible LLC LLC
675 Fairview Dr. Ste 233,
Carson City, Nevada, 89701
vitaliimaliuk@gmail.com
(669) 225-6885

Andriy Kravchuk
1000 Bible Way, Apt. 40
Reno, NV 89502
ualhimik@yahoo.com
(408)-386-6221

InkSystem LLC
1000 Bible Way, Apt. 40
Reno, NV 89502
ualhimik@yahoo.com

Lucky Print LLC
1000 Bible Way, Apt. 40
Reno, NV 89502
ualhimik@yahoo.com
(408)-386-6221

Igor V. Bielov
390 Freeport Blvd., Ste 6,
Sparks, NV 89431
Igor.v.bielov@gmail.com
(775)762-4864

AF LLC
390 Freeport Blvd., Ste 6,

FCA-w-0586            -5-

Sparks, NV 89431
Igor.v.bielov@gmail.com
(775)762-4864

### III. CONCLUSION

Accordingly, Weide & Miller respectfully requests that this Court permit its withdrawal as counsel of record for Defendants in this matter.

Dated this 3rd day of August, 2017.

Respectfully Submitted,

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin, Esq.
Ryan Gile, Esq.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Tel: (702) 382-4804
Fax: (702) 382-4805

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of WEIDE & MILLER, LTD. and that on August 3, 2017, I served a full, true and correct copy of the foregoing **WEIDE & MILLER'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS ON AN *EXPEDITED* BASIS** via the United States District Court's CM/ECF filing system upon the following:

> J. Andrew Coombs
> Annie S. Wang
> J. Andrew Coombs, A Prof. Corp.
> 520 East Wilson Ave., Suite 200
> Glendale, California 91206
> Telephone:    (818) 500-3200
> andy@coombspc.com
> annie@coombspc.com
>
> James D. Boyle
> Hannah S. Goodwin
> Holley Driggs Walch Fine Wray Puzey & Thompson
> 400 South Fourth Street, Third Floor
> Las Vegas, Nevada 89101
> Telephone:    (702) 791-0308
> jboyle@nevadafirm.com
> hgoodwin@nevadafirm.com

and via e-mail upon the following:

Artem Koshkalda
1280 Terminal Way, Ste 28,
Reno, Nevada 89502
artemkoshkalda@gmail.com
(408) 300-2164

Art LLC
1280 Terminal Way, Ste 28,
Reno, Nevada 89502
artemkoshkalda@gmail.com
(408) 300-2164

Vitalii Maliuk
675 Fairview Dr. Ste 233,
Carson City, Nevada, 89701
vitaliimaliuk@gmail.com
(669) 225-6885

Andriy Kravchuk
1000 Bible Way, Apt. 40
Reno, NV 89502
ualhimik@yahoo.com
(408)-386-6221

InkSystem LLC
1000 Bible Way, Apt. 40
Reno, NV 89502
ualhimik@yahoo.com

Lucky Print LLC
1000 Bible Way, Apt. 40
Reno, NV 89502
ualhimik@yahoo.com
(408)-386-6221

FCA-w-0586                    -7-

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

| | |
|---|---|
| Inkredible LLC LLC<br>675 Fairview Dr. Ste 233,<br>Carson City, Nevada, 89701<br>vitaliimaliuk@gmail.com<br>(669) 225-6885 | Igor V. Bielov<br>390 Freeport Blvd., Ste 6,<br>Sparks, NV 89431<br>Igor.v.bielov@gmail.com<br>(775)762-4864<br><br>AF LLC<br>390 Freeport Blvd., Ste 6,<br>Sparks, NV 89431<br>Igor.v.bielov@gmail.com<br>(775)762-4864 |

/s/ F. Christopher Austin
An employee of WEIDE & MILLER, LTD.

WEIDE & MILLER, LTD.
7251 W. LAKE MEAD BLVD.,
SUITE 530
LAS VEGAS,
NEVADA 89128-8373
(702) 382-4804

FCA-w-0586                                    -8-