**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEIKO EPSON CORPORATION, *et al.*, | CASE NO.: 3:16-CV-00524-RCJ-VPC |
| Plaintiffs, | **ORDER** |
| v. | |
| INKSYSTEM LLC, *et al.*, | |
| Defendants. | |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF #112[1]) entered on August 3, 2017, recommending that the Court grant Plaintiffs' Motion for Case Terminating Sanctions (ECF No. 91) and Defendants ART LLC, AF LLC, INKREDIBLE LLC, Andriy Kravchuk, Artem Koshkalda, Igor Bielov, and Vitalii Maliuk's Answers (ECF Nos. 41, 49) be stricken and their defaults entered. On August 16, 2017, Defendants filed their Objections to Report and Recommendation Regarding Motion for Summary Judgment (ECF No. 153).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF #112) entered on August 3, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Case Terminating Sanctions (ECF No. 91) is GRANTED.

IT IS FURTHER ORDERED that Defendants ART LLC, AF LLC, INKREDIBLE LLC, Andriy Kravchuk, Artem Koshkalda, Igor ielov, and Vitalii Maliuk's Answers (ECF Nos. 41, 49) are STRICKEN from the Docket and the Clerk of the Court shall enter Defaults accordingly.

IT IS SO ORDERED this 22nd day of August, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.