UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **SEIKO EPSON CORP** AND EPSON AMERICA,<br><br>    Plaintiffs,<br>v.<br><br>**Inksystem LLC, et.al.**<br><br>    Defendants. | Case No.: 3:16-cv-00524-RCJ-VPC<br><br>**MOTION TO WITHDRAW AMOUNT OF MONEY GRANTED BY THE PRELIMINARY INJUNCTION ECF 159.** |

Pursuant LR 7-2 Defendant Koshkalda file this motion.

A.   **BACKGROUND.**

On August 7, 2017, the Court granted Plaintiffs Seiko Epson Corporation and Epson America, Inc (collectively "Plaintiffs") motion for a preliminary injunction order for asset seizure and impoundment and order show cause regarding issuance of pre-judgement asset seizure pursuant to the Lanham Act (15 U.S.C. §1051 et.seq.), and Federal Rules of Civil Procedure, Rule 65 ("Motion"), against Defendant's AF LLC, ART LLC, Inkredible llc LLC, Andriy Kravchuk, Igor Bielov, Artem Koshkalda, Vitalii Maliuk (collectively Defendants). ECF 159.

B.   **ARGUMENTS.**

Preliminary Injunction ECF 159 permits Defendants to withdraw up to $3000 per month per Defendant for business, living and legal expenses. Defendants multiple times submitted motions with declarations stated that they could not withdraw money from their frozen bank

1

accounts neither corporate nor personal because the way the preliminary injunction order was drafted the bank official said it prevented them from permitting the withdrawal of any money at all. All of Defendant's motions were denied. Since Preliminary Injunction was granted on August 7, 2017 the Defendant Koshkalda has not been able to withdraw from his Bank account the permitted amount of money for August equal to $3000 as Injunction Order permitted him to do. Defendant Koshkalda, therefore, respectfully requests this honorable court issue an order to telling the bank that the Injunction Order permits Defendant Koshkalda to withdraw $3000 for the month of August.

**C. CONCLUSION.**

Based on the abovementioned facts the Defendant asks the Court to issue an order which will instruct the Bank of America that notwithstanding the bank's interpretation of the Injunction Order, Defendant Artem Koshkalda is permitted to withdraw $3000 for the month of August, 2017 from bank account ******0519.

DATED on October 26, 2017.

Defendant hereby sign this motion under penalty of perjury under the laws of the United States:

**Artem Koshkalda**
1280 Terminal Way ste. 28
Reno, NV 89502

2

1 | (408)300-2164
2 | artemkoshkalda@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I am co- Defendant and that on October 26, 2017, I served a full, true and correct copy of the foregoing **MOTION TO WITHDRAW AMOUNT OF MONEY GRANTED BY THE PRELIMINARY INJUNCTION ECF 159.**

via the United States District Court's CM/ECF filing system upon the following:

1.    J. Andrew Coombs, Annie S Wang, Wang Law Corporation, 520 East Wilson Ave., Suite 200 Glendale, California 91206 Telephone: (818) 500-3200, annie@wangalc.com; andy@wangalc.com.

2.    James D. Boyle Hannah S. Goodwin Holley Driggs Walch Fine Wray Puzey & Thompson 400 South Fourth Street, Third Floor Las Vegas, Nevada 89101 Telephone: (702) 791-0308 jboyle@nevadafirm.com  hgoodwin@nevadafirm.com.

*/s/ signature*

**Artem Koshkalda**

1280 Terminal Way ste. 28

Reno, NV 89502

(408)300-2164

artemkoshkalda@gmail.com