Annie S. Wang
Nevada Bar No. 10792/CA SBN 243027
J. Andrew Coombs, Of Counsel
CA SBN 123881 (Admitted *Pro Hac Vice*)
Wang Law Corporation
520 East Wilson Ave., Suite 200
Glendale, California 91206
Telephone:    (818) 500-3200
Facsimile:    (818) 500-3201
*andy@wangalc.com*
*annie@wangalc.com*

James D. Boyle
Nevada Bar No. 08384
Holley Driggs Walch Fine Wray Puzey & Thompson
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    (702) 791-0308
Facsimile:    (702) 791-1912
*jboyle@nevadafirm.com*

Attorneys for Plaintiffs Seiko Epson Corporation
and Epson America, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Seiko Epson Corporation and Epson America, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> InkSystem LLC, et al., <br><br> Defendants. | No. 3:16-cv-00524-RCJ-VPC <br><br> **ORDER RE CONTEMPT AS TO ARTEM KOSHKALDA AND VLADIMIR WESTBROOK** |

WHEREAS Plaintiffs Seiko Epson Corporation and Epson America, Inc. (collectively "Plaintiffs") filed their *Emergency Ex Parte Application* for Order to Show Cause Re Contempt as to Artem Koshkalda ("Koshkalda") and Vladimir Slobodianiuk a/k/a Volodymyr Slobodianiuk a/k/a Vladimir Westbrook ("Westbrook") (collectively "Defendants") ("Application") (ECF No. 155);

WHEREAS on September 1, 2017, Defendants ART LLC (through Koshkalda) and Koshkalda individually filed a Motion re Items Seized from 960 Matley Lane, (ECF No. 177), which Plaintiffs opposed (ECF No. 199) and to which no Reply was filed;

WHEREAS on October 10, 2017, the Court issued an Order granting Koshkalda's motion for additional time to respond to Plaintiffs' Application and also in that Order set a hearing on the Application, requiring both Koshkalda and Westbrook's personal appearance before this Court on October 23, 2017, at 11:00 am, among other things (ECF No. 222);

WHEREAS Defendant Westbrook did not file any response to the OSC, despite service of the Court's Order (ECF No. 222), and Notice of the Hearing Location (ECF No. 227), by mail service and courtesy copies sent via email to email addresses published by Westbrook in connection with his business as set forth on the record (ECF Nos. 234-235, 248);

WHEREAS Defendant Koshkalda filed an untimely response to the Court's Order on October 18, 2017 (ECF No. 228), after receiving notice of the Court's Order (ECF No. 222) via email service and Notice of the Hearing Location (ECF No. 227), via the Court's ECF system in addition to receiving a courtesy copy via email (ECF Nos., 234-235);

WHEREAS Koshkalda and Westbrook failed to appear for the Court ordered hearing on the Application on October 23, 2017 at 11:00 am (ECF No. 222);

AND GOOD CAUSE HAVING BEEN SHOWN, the Court hereby GRANTS Plaintiffs' Application and IT IS ORDERED, ADJUDGED AND DECREED THAT:

1) Defendants Koshkalda and Westbrook are found to be in Civil Contempt of Court and bench warrants for arrest will issue for Defendants Koshkalda and Westbrook's failure to appear in response to the Court's Order where they were ordered to answer for their violations of the Preliminary Injunction (ECF No. 159);

2) Within 24 hours of the service of this Order, Defendants Koshkalda and Westbrook shall provide Plaintiffs' counsel with their current residential addresses and shall file a notice with the Court identifying a time and place

where, upon 24 hours' notice from Plaintiffs, they will appear during normal business hours for personal service of Court Orders, warrants and Plaintiffs' discovery requests;

3) Koshkalda's third-party service providers and others acting in concert with him, and any financial or brokerage institution, business entity, and person served with a copy of this Order that holds, controls, or maintains custody of any account or asset of Koshkalda or one of his companies, or that has held, controlled, or maintained custody of any such account or asset at any time since the date of service of the TRO (ECF No. 106), Order for Asset Seizure and Impoundment (ECF No. 159), or this Order, shall transfer all funds held in any account owned or controlled by, or in the actual or constructive possession of or otherwise held for the benefit of, any corporation, partnership, or other entity directly or indirectly owned, managed, or controlled by Koshkalda or one of his companies (including but not limited to Sancase LLC, Vilacet LLC, and Renoca LLC), and including but not limited to those accounts identified in Exhibit A, to an account identified by Plaintiffs;

4) Plaintiffs are given leave to immediately attach and execute upon any assets owned or controlled by, or in the actual or constructive possession of or otherwise held for the benefit of, any corporation, partnership, or other entity directly or indirectly owned, managed, or controlled by Defendant Koshkalda or one of his companies (including but not limited to Sancase LLC, Vilacet LLC, and Renoca LLC) including but not limited to those assets identified in Exhibit A and B. Plaintiffs have leave to submit proposed writs or other orders as may be necessary to attach and/or execute upon any assets pursuant to this Order;

5) The $3,000 monthly allowance provided for in the Order for Asset Freeze and Impoundment (ECF No. 159) is hereby stricken and amended as reflected in the attached Amended Order for Asset Seizure and Impoundment attached hereto as Exhibit C;

6) The Motion to Obtain an Inventory of Seized Items From 960 Matley Lane (ECF No. 177), is DENIED;

7) Defendants and their third-party service providers are ordered to immediately cease the attempted or actual transfer or sale of any real property owned or controlled by Koshkalda, not limited to those properties identified in the Preliminary Injunction (ECF No. 159), or in the actual or constructive possession of or otherwise held for the benefit of, any corporation, partnership, or other entity directly or indirectly owned, managed, or controlled by Koshkalda, in violation of the Court's Orders;

8) Koshkalda and those acting in concert with him who are subject to the jurisdiction of this Court, including but not limited to Andriy Kravchuk and Vladimir Westbrook, are ordered to appear for examination under oath before Magistrate Judge Cooke, or another special master as the Court sees fit, at a date and time to be set by Magistrate Judge Cooke or special master within __28__ days of the entry of this Order, to account for all of Koshkalda's assets and recent transactions, including the identification and whereabouts of all of the proceeds from real estate transactions during the pendency of this action;

9) Koshkalda and those acting in concert with him who are subject to the jurisdiction of this Court, including but not limited to Andriy Kravchuk and Vladimir Westbrook, are further ordered to produce, within ten days following this order, all documents for all of Koshkalda's assets and recent transactions, including all documents the identification and whereabouts of

all of the proceeds from real estate transactions during the pendency of this action.

10) Plaintiffs, and only Plaintiffs, are given leave to undertake discovery, including Debtor's examinations and third-party discovery, regarding the assets and obligations of Defendants and those acting in concert with them;

11) Koshkalda is ordered to deposit into a frozen account all proceeds from any recent real estate transactions completed since August 1, 2017;

12) Koshkalda, his company ART LLC and Westbrook are prohibited from filing any further motions in this case and any such filings to which they are a moving party will immediately be stricken, including but not limited to Defendants Motion to Dissolve The Preliminary Injunction or Alternatively Increase the Bond (ECF No. 231) filed on October 23, 2017, and Defendant Koshkalda's Motion for Release of Funds (ECF No. 236) filed on October 26, 2017, until such time that the Court finds that Koshkalda and Westbrook are no longer in Contempt and amends this Order.

13) In light of Defendants' defaults now entered, all Pretrial Dates are hereby VACATED.

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:   October 27, 2017

## EXHIBIT A

| Bank Accounts | | |
| --- | --- | --- |
| **Financial Institution** | **Account** | **Account Name/Holder** |
| Bank of America, N.A. | 1744 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0057 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0633 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 1234 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0519 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0623 | ART LLC |
| Bank of America, N.A. | 1033 | ART LLC |
| Bank of America, N.A. | 6624 | ART LLC |
| Bank of America, N.A. | 7115 | ART LLC |
| Bank of America, N.A. | 7255 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0087 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0090 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0100 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 0155 | ARTEM KOSHKALDA |
| Bank of America, N.A. | 2797 | ARTEM KOSHKALDA DBA BEST DEAL CARTRIDGE |
| Bank of America, N.A. | 3491 | ART LLC |
| Bank of America, N.A. | 7593 | ARTEM KOSHKALDA, SOLE PROP DBA BEST DEAL CARTRIDGE |
| Bank of America, N.A. | 7611 | ARTEM KOSHKALDA, SOLE PROP DBA BEST DEAL CARTRIDGE (INK SYSTEM) |
| Bank of America, N.A. | 7654 | ARTEM KOSHKALDA, SOLE PROP DBA BEST DEAL CARTRIDGE (SAVE MONEY CARTRIDGE) |
| Bank of America, N.A. | 7689 | ARTEM KOSHKALDA, SOLE PROP DBA APTPIZZADEALS |
| Bank of America, N.A. | 8964 | ART LLC |
| Bank of America, N.A. | 8977 | ART LLC |
| Bank of America, N.A. | 8980 | ART LLC |
| Bank of America, N.A. | 8533 | ART LLC |
| Bank of America, N.A. | 8591 | ART LLC |
| Bank of America, N.A. | 8760 | RENOCA LLC |
| Bank of America, N.A. | 9099 | PRIVAT GROUP LLC |

| | | | |
|---|---|---|---|
| Citibank Fsb | 8374 | Art LLC | |
| Citibank Fsb | 8390 | Art LLC | |
| Citibank Fsb | 8382 | Art LLC | |
| Citibank Fsb | 6310 | AF LLC | |
| Citibank Fsb | 6294 | AF LLC | |
| Citibank Fsb | 6302 | AF LLC | |
| JP Morgan Chase Bank, N.A. | 7586 | Art LLC | |
| JP Morgan Chase Bank, N.A. | 8931 | Art LLC | |
| JP Morgan Chase Bank, N.A. | 9772 | Art LLC | |
| Wells Fargo Bank, N.A. | 5138 | 3Day Shipping | |
| Wells Fargo Bank, N.A. | 7982 | Artem Koshkalda dba Art | |
| Wells Fargo Bank, N.A. | 7966 | Artem Koshkalda dba Art | |
| Wells Fargo Bank, N.A. | 4158 | Artem Koshkalda dba ART | |
| Wells Fargo Bank, N.A. | 2935 | Artem Koshkalda dba ART | |
| Wells Fargo Bank, N.A. | 7974 | Artem Koshkalda dba ART | |
| Wells Fargo Bank, N.A. | 0399 | Artem Koshkalda | |
| Wells Fargo Bank, N.A. | 8446 | Artem Koshkalda | |
| Wells Fargo Bank, N.A. | 6747 | Artem Koshkalda dba ART | |
| Wells Fargo Bank, N.A. | 2551 | Artem Koshkalda dba ART | |
| Wells Fargo Bank, N.A. | 0961 | Artem Koshkalda Bestdealcartridge | |
| Wells Fargo Bank, N.A. | 6987 | Artem Koshkalda dba Featured | |
| Wells Fargo Bank, N.A. | 4125 | Artem Koshkalda dba PRICEMATTERS | |
| Wells Fargo Bank, N.A. | 2972 | Artem Koshkalda dba Featured | |
| Wells Fargo Bank, N.A. | 3057 | Artem Koshkalda  dba ART | |

**Account Holder Identification Information**

| | |
|---|---|
| Artem Koshkalda | SSN: ■2658 |
| ART LLC | EIN: ■4186 |
| Renoca LLC | CA Sec. of State File Number: 201634110191 |
| Sancase LLC | CA Sec. of State File Number: 201634210211 |
| Vilacet LLC | CA Sec. of State File Number: 201634310118 |

## EXHIBIT B

| Owner/ Related Defendant | Address | APN | Recording Date | Document No. | Status |
|---|---|---|---|---|---|
| Artem Koshkalda | 38868 Thimbleberry Place Newark, CA 94560 | 92A260018 | 10/3/16 | 2016253277 | |
| Artem Koshkalda | 1012 Giacomo Ln. San Jose, CA 95131 | 24146001 | 12/30/16 | 23546827/ 23546826 | Transferred to Renoca LLC |
| Artem Koshkalda | 401 Harrison St., #4A San Francisco, CA 94105 | 3765414 | 1/23/17 | K399066-00 | Transferred to Vilacet LLC |
| Artem Koshkalda | 401 Harrison St., #4D San Francisco, CA 94105 | 3765417 | 1/19/17 | K396635-00 | Transferred to Vilacet LLC |
| Artem Koshkalda | 253 Friedell St. San Francisco, CA 94124 | 4591C-462 | 1/19/17 | K396638-00 | Transferred to Renoca LLC |
| Artem Koshkalda | 388 Fulton St., #207 San Francisco, CA 94102 | 0785072 | 1/19/17 | K396636-00 | Transferred to Vilacet LLC |
| Artem Koshkalda | 11 Franklin St., San Francisco, CA 94102 *(believed to be Unit 205)* | 0837003 | 9/23/16 | K333115-00 | |
| Artem Koshkalda | 11 Franklin St., # 502 San Francisco, CA 94102 | 0837117 | 11/1/16 | K352816-00 | |
| Artem Koshkalda | 338 Portrero Ave., #402 San Francisco, CA 94103 | 3962032 | 12/20/16 | K377429-00 | |
| Artem Koshkalda & Andriy Kravchuk | One Mission Bay Property (address unknown) | | | | |
| Artem Koshkalda | Tanglewood by Summerhill Homes Property (address unknown) | | | | |

| Artem Koshkalda | Saverio/Pulte Homes Property (address unknown) | | | | |
|---|---|---|---|---|---|