UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEIKO EPSON CORP, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>INKSYSTEM LLC, *et al.*,<br><br>    Defendants. | Case No.: 3:16-CV-00524-RCJ-VPC<br><br>ORDER VACATING HEARING, ON WEDNESDAY, DECEMBER 13, 2017 AND RESCHEDULING TO MONDAY, DECEMBER 18, 2017 @ 10:30 A.M. |

Before the Court is:

1. (ECF No. 231) Motion to Dissolve the Preliminary Injunction or Alternatively Increase the Bond ECF 159;

2. (ECF No. 236) Motion to Withdraw Amount of Money Granted by the Preliminary Injunction ECF 159;

3. (ECF No. 256) Motion to Vacate or Alternatively Amend Preliminary Injunction and Increase the bond ECF 159;

4. (ECF No. 257) Motion to Rule on Motion (ECF 231) on the Merits as to Defendants Vitalii Maliuk and Inkredible LLC LLC;

5. (ECF No. 259) Declaration and Request for Issuance of Writ of Execution;

6. (ECF No. 262) Plaintiffs' Notice and Motion for Entry of Default Judgment; and

7. (ECF No. 274) Plaintiffs' Emergency Motion for Appointment of Receiver.

ORDER VACATING HEARING, ON WEDNESDAY, DECEMBER 13, 2017 AND RESCHEDULING TO MONDAY, DECEMBER 18, 2017 @ 10:30 A.M. - 1

IT IS HEREBY ORDERED that the motion hearing currently set for 10:00 A.M., Wednesday, December 13, 2017, is VACATED and RESCHEDULED to 10:30 A.M., Monday, December 18, 2017, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 12th day of December, 2017.

_____
ROBERT C. JONES

ORDER VACATING HEARING, ON WEDNESDAY, DECEMBER 13, 2017 AND RESCHEDULING TO MONDAY, DECEMBER 18, 2017 @ 10:30 A.M. - 2