UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: ___3:16-cv-00524-RJC___

Court of Appeals Case Number: ___18:15245___

Case Caption: ___Seiko Epson Corporation v. InkSystem, LLC, et al.___

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 9/21/16 | 18 | Preliminary Injunction Hearing | M. Griener | Yes |
| 12/15/16 | 46 | Case Management Conference | M. Griener | Yes |
| 2/3/17 | 55 | Telephonic Case Management Conference | M. Griener | Yes |
| 4/10/17 | 65 | Telephonic Case Management Conference | M. Griener | Yes |
| 4/17/17 | 69 | Case Management Conference | M. Griener | Yes |
| 4/21/17 | 70 | Settlement Conference | M. Griener | Yes |
| 6/8/17 | 84 | Case Management Conference | M. Griener | Yes |
| 7/14/17 | 99 | Case Management Conference | M. Griener | Yes |
| 7/26/17 | 104 | Telephonic Emergency Motion | M. Griener | Yes |

continued on page 2

Date: ___4/16/18___

/s/ F. Christopher Austin
Signature

F. Christopher Austin
Print Name

Defendants-Appellants
Appellant/Appellee

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

PAGE 2

District Court Case Number: __3:16-cv-00524-RCJ__

Court of Appeals Case Number: __18:15245__

Case Caption: __Seiko Epson Corporation v. InkSystem, LLC, et al.__

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 8/3/17 | 117 | Case Management Conference | M. Grenier | Yes |
| 8/7/17 | 132/136 | Case Management Conference | M. Grenier | Yes |
| 10/23/17 | 232 | Motion Hearing | M. Grenier | Yes |
| 3/9/17 | 59 | Case Management Conference | M. Grenier | Yes |
| 12/18/17 | 294 | Motion Hearing | K. French | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Date: __4/16/18__

/s/ F. Christopher Austin
Signature

F. Christopher Austin
Print Name

__Defendants-Appellants__
Appellant/Appellee