# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SEIKO EPSON CORP. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> INKSYSTEM LLC et al., <br><br> Defendants. | 3:16-cv-00524-RCJ-VPC <br><br> **ORDER** |

IT IS HEREBY ORDERED that the Warrants (ECF Nos. 252, 253) are QUASHED.

Dated this 28th day of June, 2018.

_____
ROBERT C. JONES
United States District Judge