# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SEIKO EPSON CORP. et al.,

    Plaintiffs,

vs.

INKSYSTEM LLC et al.,

    Defendants.

3:16-cv-00524-RCJ-VPC

**ORDER**

IT IS HEREBY ORDERED that given the bankruptcy action in the Northern District of California, the Motions (ECF Nos. 274, 298) are DENIED without prejudice to refiling.

IT IS FURTHER ORDERED that a Status Hearing is set for 10:00 A.M., Tuesday, October 23, 2018, in Courtroom 3, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall file a Status Report on or before Friday, October 12, 2018.

IT IS SO ORDERED.

Dated this 26th day of September, 2018.

_____
ROBERT C. JONES
United States District Judge