1  **O'REILLY LAW GROUP, LLC**
   John F. O'Reilly, Esq.
2  Nevada Bar No. 1761
   Timothy R. O'Reilly, Esq.
3  Nevada Bar No. 8866
   325 S. Maryland Parkway
4  Las Vegas, Nevada 89101
   Telephone: (702) 382-2500
5  Facsimile: (702) 384-6266
   Email: efile@oreillylawgroup.com
6
   **REALLAW, APC**
7  Michael J. Hassen
   California Bar No. 124823 *Admitted Pro Hac Vice*
8  1981 N. Broadway, Suite 280
   Walnut Creek, California 94596
9  Tel: (925) 359-7500
   Fax: (925) 557-7690
10 Email: mjhassen@reallaw.us

11 Attorneys for Defendant
   ARTEM KOSHKALDA, individually
12 and as sole shareholder and transferee of ART, LLC

13

14                     **UNITED STATES DISTRICT COURT**

15                            **DISTRICT OF NEVADA**

16 | SEIKO EPSON CORPORATION and EPSON AMERICA, INC., | Case No. 3:16-cv-00524-RCJ-VPC |
17 | | **AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING** |
   | Plaintiffs, | |
18 | v. | |
19 | | Date:  October 23, 2018 |
   | INKSYSTEM LLC; *et al.*, | Time:  10:00 a.m. |
20 | | Ctrm:  3 |
   | Defendants. | Judge: The Honorable Robert C. Jones |
21

22

23       Plaintiffs SEIKO EPSON CORPORATION and EPSON AMERICA, INC. and Defendant

24 ARTEM KOSHKALDA, individually and as sole shareholder and transferee of ART, LLC, by

25 and through their counsel of record, hereby stipulate and agree as follows:

26       WHEREAS the parties acknowledge that the "Stipulation and Order Continuing Status

27 Hearing," Docket No. 363, was filed in error as Plaintiffs' counsel of record did not review the filing

28

| | |
|---|---|
| 1 | prior to its submission to the Court, and did not authorize Koshkalda to use their e-signatures on |
| 2 | that filing; |
| 3 | WHEREAS Koshkalda's counsel has represented to Plaintiffs that the failure to obtain |
| 4 | Plaintiffs' consent to the prior stipulation was inadvertent and unintentional, and was the result of |
| 5 | clerical error; |
| 6 | WHEREAS, a Status Hearing is set for October 23, 2018, at 10:00 a.m.; |
| 7 | WHEREAS, Koshkalda's counsel is unable to attend the Status Hearing as currently set on |
| 8 | October 23, 2018, due to calendar conflicts; |
| 9 | WHEREAS Plaintiffs are amenable to continuing the Status Hearing so that all counsel for |
| 10 | the parties will be available to attend; and |
| 11 | WHEREAS, counsel for the parties are available on December 4, 2018, at 10:00 a.m., and |
| 12 | can provide additional dates for the Court if necessary. |
| 13 | IT IS HEREBY STIPULATED AND AGREED that the Status Hearing shall be continued |
| 14 | to December 4, 2018, at 10:00 a.m., in Courtroom 3. |

DATED: October 15, 2018        O'REILLY LAW GROUP, LLC

By:        /s/ Timothy R. O'Reilly
Timothy R. O'Reilly
Attorneys for Defendant ARTEM KOSHKALDA,
individually and as sole shareholder and transferee
of ART, LLC

DATED: October 15, 2018        REALLAW, APC

By:        /s/ Michael J. Hassen
Michael J. Hassen
Attorneys for Defendant ARTEM KOSHKALDA,
individually and as sole shareholder and transferee
of ART, LLC

DATED: October 16, 2018        WANG LAW CORPORATION

By:        /s/ Annie S. Wang
Annie S. Wang
Attorneys for Plaintiffs SEIKO EPSON
CORPORATION and EPSON AMERICA, INC.

| | | |
|---|---|---|
| DATED: October 16, 2018 | THE DAVID FIRM® | |
| | By: /s/ Henry S. David | |
| | Henry S. David | |
| | Attorneys for Plaintiffs SEIKO EPSON CORPORATION and EPSON AMERICA, INC. | |

IT IS SO ORDERED:

_____
HONORABLE ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATED: October 18, 2018