UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Seiko Epson Corporation et al.,<br><br>                    Plaintiff,<br>v.<br>InkSystem et al.,<br>                    Defendants. | 3:16-CV-00524-RCJ-WGC<br><br>**ORDER** |

In this case, the Court has awarded final judgement and granted a permanent injunction. The Court held a status hearing on March 1, 2019. Both sides were present for the hearing and agreed that the case should be closed. Likewise, the Court finds that all relevant matters have been resolved. Thus, the Court orders the case closed.

**CONCLUSION**

IT IS HEREBY ORDERED that the Clerk shall close this case.

IT IS SO ORDERED.

Dated this 17th day of June 2019.

_____
ROBERT C. JONES
United States District Judge

1